# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 219 MAL 2022

             Respondent                       :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

            v.                            :

FRANKLIN ROOSEVELT DABNEY JR.,    :

             Petitioner                        :

## ORDER

**PER CURIAM**

        **AND NOW**, this 25th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.